112985MAC777

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 OCT -9 PM 1:35

I, Michael Alexander Collins, #8503 have been at ACDC (Aiken County Detention Center) since April, 3rd, 2017. I have suffered many civil rights and constitution violations. The main ones I would like to bring to your attention are: Denial of medical treatment, Racial harassment, property stolen by staff, prevented from going to relieve myself in the restroom, Denied law library, Threatened by staff, medication withheld, receiving wrong medication, legal mail read infront of me, HEPA violations, Cruel and unusual punishment, food poisoning, Punished for injury sustained due to neglect by medical and facility staff, medically segregated for no reason, racial discrimination, sexual discrimination. Everything I have named, I have exhausted the grievance procedure and have documented everything. I have proof, witnesses and have told my attorney with no recourse. I have ordered 1983 law material to see if I have a case, which I have many cases. I have ordered 19 Pro se Packetts and have come to a halt due to my disabilities preventing me from understanding how to file. I have been diagnosed with the following: ADHD, PTSD, Schizo-affective, which most staff have used against me due to my mental capacity hindering me from the normal actions and thoughts others would do or use. My physical disabilities are: an injured knee, Heart Murmer and brain damage. I have requested a CAT scan due to there might still be a bullet in my head. I have requested an MRI because I feel something in my knee, rattling and hearing the insides. I fear it is glass that I know got stabbed into that knee. I have been denied both. I have requested help, such as bottom tier-bottom bunk profile. 9/19/17: Due to the fact my knee was being damaged everytime I had to climb the stairs such as to: go to the restroom, eat or get waters. I told them countless of times that it was getting painful and hurting and it felt like I was going to fall. I was, in return, yelled at by medical staff and denied treatment. Well my knee finally gave out on 11/10/17. I was then put "segregation for Medical observation" by facility staff without medical knowledge or permission. There was no report that was written and even the nurse and facility deputies said I should not even be in segregation 11/10/17 Knee injury 11/15/17 Segregated for a month. I was segregated without any treatment from medical. I finally received a knee brace and was brought back to open pod. I also spent 6 months fighting infection upon infection because they wouldn't pull my infected teeth. I was on Amoxicillian 3 times and finally Keflex. They finally pulled those teeth, but one was broken by the dentist and was drilled out the rest of the way. So I thought. The dentist busted my lip during the procedure, I noticed too that the gum wouldn't close and was told by the

112985MAC777
RECEIVED
USDC CLERK, COLUMBIA, SC
2018 OCT-9 PM 1:35

nurse that the dentist left half the side of my tooth, which prevented it from closing. Then I caught the infection, which swollen my neck and almost killed me. I had to argue with the medical staff on the kiosk, repeatedly, that I did have an infection. They gave me Amoxicillin which didn't work, because the tooth was still in there. I finally went to the dentist for him to try to pull it out, yet he tried without antisetic which was too painful to endure. So, he refused to pull it. I was sent back to the pod, still infected and with the part of tooth embedded in my gums. The infection only got worse. Then they put me on Keflex and I finally broke the part of tooth off myself (very painful) pulled (Sept 29th) Dentist tried to pull it again (oct. 13th) Recieved Keflex (oct. 15th) Pulled the rest out (Oct 18th) In order for it to heal. I knew then I could not count on medical. I still have the piece of tooth in my posession. I was called Aryan Nation by the deputy infront of the pod while during orientation and was threatened by him that he was going to get me out of the pod one way or another, which led to all types of harassments and threats from the inmates. Oct 14: Was given the wrong medication. I went to medical for the GM to admit that I was given the wrong medication, that I "should be feeling good, not bad, because its pain medication". I have suffered side effects ever since, muscle spasms and uncontrollable movements. 11/6/17: Food poisoning, Raw meat. I Noticed the meat was pink, so I gave it to the deputy and he ordered another and called the Lt. The Lt. came, looked at it, denied it was pink, even though everyone at my table is a witness to it was pink. Then the Lt said he would do an investigation. Well, they brought me another piece, it was less pink, but still pink. They reassured me it was done, so I ate it and became ill. I threw up and was light-headed. I asked the deputy to call the nurse, he laughed at me and said he wasn't going to call the nurse. I questioned him, then he proceeded to threaten to sent me to lockdown if I didn't step away from the desk. I finally went to medical later that day and was running a fever. I was told I look jaundice, pale and sweaty. 11/8/17: I was on lockdown for medical Segregation and gave the deputy legal mail, told him it was legal mail, and showed him the business card proving it was legal mail. When I gave it to him, he proceeded to open it. I told him right then he was breaking the law. He responded "No, Its Not" Then Proceeded to read my legal mail. I asked him to stop, his response was "I have to scan it to ensure its legal mail" I told him "Its against the law to read legal mail", He responded "No, Its Not" This is just a taste of what

112985MAC777 ③ 

I have been subjected to, I have documentation on all, in forms of grievances, witnesses and my own notes. I Have exhausted and was even harassed and threatened for grieving. 10/3/1 I was threatened with lockdown for asking for legal materials and access to the law library. They said that if I asked again I would go to lockdown and there was no law library. I am tired of this treatment and need medical treatment Now. I am on blood pressure medication due to the stress of these events. I have a hard time sleeping, I'm scared and always on high alert. I've been having panic attacks and flashbacks. I've been having to relive these moments and am too scared to to talk to the mental health staff about what I've been going through in fear of retaliation. I still need a MRI and some treatment for my knee. I'm dizzy and having headaches and am in need of medical examination. I can't concentrate, I'm frustrated constantly and I need help. Will you please help me? I have written one attorney and the only response I got was that they needed a consultation fee. I have no money. Please, if you can't help, please write me back with the information of who can. As I said, I don't have any money, but I'm willing to pay fees out of the settlement I know can be won in court. I Have dates, times and copies grievances as well as witnesses. I Have proof of them admitting to it and I'm positive this case can be won with your help. There are several others in this jail being violated, along with their rights. It would be very profitable on your part to take my case because you'll have a line of others to choose from who'll assist us more if you decide to help. They've done all this, knowing it was wrong. They've failed to remedy the situation and are still neglecting to do anything. I've told them they're breaking the law and have done everything needed. They have done everything needed to file a suit. With your help, we can bring this injustice to light and make a difference to those being wronged and violated by ACDC.

I, Patric Poehner, Inmate #130188, wrote this letter for Mr Collins, since he was unable to himself.

x Patric Poehner